PS 8
(4/01)

# UNITED STATES DISTRICT COURT
## for
### District Of Connecticut

FILED

2008 APR 10 A 8: 3b

U.S. DISTRICT COURT

U.S.A. vs. Bell, John Wesley

Docket No. 3:08CR00013 (AVC)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Meghan D. Nagy, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant John Wesley Bell who was placed under pretrial release supervision by the Honorable William I. Garfinkel, U.S. Magistrate Judge, sitting in the court at Bridgeport, Connecticut, on the 21st day of December, 2007 under the following conditions:
1) Report to Probation
2) Maintain or actively seek employment
3) Obtain no passport
4) Travel is restricted to Connecticut;
5) Undergo medical or psychiatric treatment if deemed appropriate by the Probation Office
6) Refrain from possessing a firearm
7) Refrain from any use of alcohol and the use or unlawful possession of a narcotic drug
8) Participate in the home confinement program to be verified by electronic monitoring; and abide by a curfew set by the Probation Office

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

The defendant has maintained compliance with the conditions of his bond and has been subject to electronic monitoring for approximately 3 ½ months. He is gainfully employed and has a supportive, stable family life. The Probation Office believes that electronic monitoring no longer seems to be the least restrictive bond condition necessary in this case.

PRAYING THAT THE COURT WILL ORDER this defendant's bond be modified to remove the electronic monitoring and curfew conditions. The U.S. Attorney's Office was contacted regarding their position on this proposed modification, but to date, no response has been received.

ORDER OF COURT

Considered and ordered this 9th day of April, 2008 and ordered filed and made a part of the records in the above case.

/S/ William I. Garfinkel USMJ
The Honorable William I. Garfinkel
U.S. Magistrate Judge

Respectfully,

Meghan Nagy
U.S. Probation Officer

Place Bridgeport, Connecticut

Date April 9, 2008