Crim-Mot-Hrg (April 12, 2004)

HONORABLE AVC
DEPUTY CLERK R. Alexander RPTR/ERO/TAPE J. Brandler
USPO _____ INTERPRETER ___

TOTAL TIME: 1 hours 30 minutes
DATE 9/17/08  START TIME 1:30  END TIME 3 pm
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CR. No. 3:08CR13  DEFT # 1  Michael Gustafson
UNITED STATES OF AMERICA                Tracy Dayton AUSA
vs.                    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
John W. Bell           John R. Gulash
                       Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

## HEARING ON CRIMINAL MOTIONS

MOTION DOCUMENT NO.

☑ ... #50  Deft Bell  motion for New Trial  ☐ granted ☐ denied ☑ advisement
☑ ... #49  Deft Bell  motion for Judgment of Acquittal  ☐ granted ☐ denied ☑ advisement
☐ ... #___ Deft ___ motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Deft ___ motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Deft ___ motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Deft ___ motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Deft ___ motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Deft ___ motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Deft ___ motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Govt's motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Govt's motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Govt's motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Govt's motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... Deft ___ oral motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... Deft ___ oral motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... Deft ___ oral motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... Govt's oral motion ___  ☐ granted ☐ denied ☐ advisement
☐ ... Govt's oral motion ___  ☐ granted ☐ denied ☐ advisement

Brief(s) due ___ Response(s) due ___ Replies due ___
Bond ☐ set at $___ ☐ reduced to $___ ☐ Non-surety ☐ Surety ☐ PR
Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
Defendant REMANDED to custody
Competency Hearing ☐ held ☐ continued until ___ at ___
___ hearing continued until ___ at ___
Court finds defendant ___ ☐ competent ☐ incompetent
Court orders defendant ___ to undergo psychiatric evaluation
Motion Hearing continued until ___
SEE ☐ reverse ☐ attached for additional entries